UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>GADIEL GONZALEZ, | Criminal Action No.: 10-12 (PGS)<br><br>ORDER |

This matter having come before the Court by defendant Gadiel Gonzalez ("Gonzalez") pursuant to a motion to suppress; and the Court having considered the arguments of counsel and the papers submitted in support of and in opposition to the motion; and for the reasons set forth on the record on July 13, 2010; and for good cause having been shown;

It is on this 13th day of July 2010 **ORDERED** that Gonzalez's motion to suppress is denied. (ECF Nos. 13, 17.)

_____
HON. PETER G. SHERIDAN, U.S.D.J.